UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80008-TP-Hurley
Case No. 08-8117-Cr-AEV

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTONIO FELIPE STEPPS,

        Defendant.

_____/



FILED by ___ D.C.

MAY 19 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

ORDER
AND
REPORT AND RECOMMENDATION

The Defendant, ANTONIO FELIPE STEPPS, appeared before the Court on May 14, 2008, represented by Bruce Reinhart. The Defendant was originally convicted of conspiracy to possess with intent to distribute cocaine and crack cocaine, in violation of 21 U.S.C. § 846. After serving the prison portion of his sentence, the Defendant was put on supervised release for a term of five years.

The Defendant is now charged with violating supervised release by: (1) unlawfully possessing or using a controlled substance, the Defendant's urine sample tested positive for marijuana on March 27, 2008 and April 17, 2008; (2) refusing to submit to drug testing (failed to report for drug testing on Monday, April 14, 2008); (3) leaving the judicial district without securing permission of the probation officer; and (4) failing to report to the probation office on April 18, 2008 as directed. The Defendant admits the violations and wishes to proceed to sentencing as soon as possible.

The Court RECOMMENDS that the District Court accept the Defendant's admission

and find him guilty of violating supervised release. It is further RECOMMENDED that the matter be set down for sentencing before the District Court.

The Clerk is hereby ORDERED to set this matter before the sentencing calendar of United States District Judge Daniel T. K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Daniel T. K. Hurley, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and ORDERED and DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 19 day of May 2008.

_____
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Daniel T. K. Hurley
AUSA Jennifer Keane
Bruce Reinhart, Esq.
U.S. Probation Officer Scott T. Kirsche
U.S. Marshal