UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80008-T/P-HURLEY

UNITED STATES OF AMERICA,
Plaintiff,

v.

ANTONIO FELIPE STEPPS,
Defendant.
----------------------------------------------/

### ORDER ADOPTING REPORT AND RECOMMENDATION
### AND JUDGMENT & COMMITMENT ORDER
### UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. On June 19, 2008, the court held a hearing and subsequently concluded that the defendant, after being placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, violated the conditions of supervision. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendation are **adopted**.

2. The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **time served.**

3. Upon release from imprisonment, the defendant shall be placed on **supervised release to complete the term previously imposed.** While on supervised release, the defendant shall not

commit another federal, state or local crime. The defendant shall be prohibited from possessing a firearm or other dangerous devices, and shall not possess a controlled substance. In addition, the defendant shall comply with the standard conditions of supervised release as recommended by the United States Sentencing Commission and the special conditions previously imposed with the following **Added Conditions**:

1) The defendant shall participate in an approved treatment program for drug / alcohol abuse and abide by all supplemental conditions of treatment. Participation may include inpatient / outpatient treatment. The defendant will contribute to the costs of services rendered (copayment) based on ability to pay or availability of third-party payment.

2) The defendant shall maintain full-time, legitimate employment and is not to be unemployed for a term of more than 30 days unless excused for schooling, training or other acceptable reasons by the United States Probation Office. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer.

3) The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 20 day of June, 2008.

Daniel T. K. Hurley
United States District Judge

copy furnished:
AUSA Robert Waters
Bruce E. Reinhart, Esq.
United States Probation Office
United States Marshal Service